# EXHIBITS

DEFENDANT'S POSITION PAPER REGARDING SENTENCING

To Judge Carmac,                                                May 7, 2008

As the mother of Gregory V. Patterson I unconditionally love and fully support him. I am also realistic about the major mistakes, unlawful actions and poor judgment that he made leading to his arrest and convictions. I also know that he is an intelligent, caring, inquisitive and loving young man. I would like to take this opportunity to share with you his character, history, educational and career aspirations and current state of mind. I always remember Greg as a strong willed, curious, protective and gregarious child and teenager. Many of his peers looked up to him and considered him a leader. He was active in sports, on the honor roll in school, protective of his little sister and me, active in clubs and organizations that were involved in charity and environmental activities. He always was very serious about making a difference in helping the less fortunate, traveling all over the world and meeting a woman to marry and raise a family. He loved to read about and experience different cultures, religions and celebrations. Greg attended a catholic high school during his freshman year and transferred to a science and medical magnet high school. His early aspirations were to be a doctor or work in another health field with the poor. His first choice was to attend an out of state college, but ended up deciding to go to CSU Northridge and two community colleges. During those years he was constantly seeking his purpose in life and identity as his own man. Although he was raised in a middle class, well educated, Christian close knit family, he began to question the comfortable life he had, and focused on the need to assist and work with the less fortunate and what he saw as those who were discriminated against. His career focus became to learn to build homes and schools for low income or homeless families. He trusted and believed in others that he felt were knowledgeable about and committed to a peaceful religious life, serving others. He mistakenly put his faith and loyalty in people that turned out to be self serving, hateful and violent, which he discovered when it was too late to get out of a horrible situation. In the last two and a half years that he has been incarcerated I visit him on the weekend and talk to him on the phone during the week. He is saddened and in a state of disbelief that he was gullible enough to allow himself to be bullied and led into criminal actions. He can't come to gripes with having given up his independence and self will. Greg is extremely ashamed and remorseful of his actions, stating that he will never allow himself to be coerced or forced into a violent, criminal lifestyle again. He accepts that he is guilty of breaking the law and has to be punished for his actions. He also holds no hatred of this government, other religions or lifestyles. While incarcerated he plans on finishing a bachelor degree in business, minor in history, and seek opportunities to work, develop employable skills, and receive counseling for self development and coping skills. When released he plans on entering graduate school for an MBA with plans to live a model, peaceful and productive life as a business man and college professor. In closing, I am asking for leniency in sentencing Gregory. I have no doubt that he can lead a very law abiding and productive life, never repeating his past mistakes.

Sincerely,
*Abbie L. Patterson*
Abbie L. Patterson

May 8, 2008

To Whom It May Concern:

This letter of support is submitted on behalf of Gregory Patterson, who faces a sentencing hearing in federal district court. The charges for which he has been convicted are tremendously out of character for him, given his background and experience. Born and raised in a middle class, Christian family, Greg loves his family and enjoys the respect of his friends. He attended a private Christian school during his formative years, so it was painful to learn that our son had been accused of committing crimes with associates with whom he has nothing in common. As his father, I feel a sense of personal failure that I could not prevent this outcome. I am thankful that no one was physically injured during the commission of crimes for which is now being held accountable.

Our faith in God is what sustains us in this difficult time. His incarceration has led me to re-dedicate my life to Christ. As a family, our faith teaches us that redemption and forgiveness are important qualities. We have forgiven Greg for his misdeeds and pray that others will forgive him as well. Without question, he is remorseful. I believe that Greg will emerge from this experience a stronger person, more mature and capable of making better decisions in life. I feel a deep love for him and compassion in regard to his legal situation.

I am a UCLA graduate and an associate professor of political science. I have tried to serve as a role model to Greg by living a clean life, being concerned about social justice and demonstrating concern for those who are in need. As an academic professional, I want young adults to understand how fortunate we are to live in this country. The civil liberties we enjoy as citizens and the rights afforded us by the U. S. Constitution are unique and worthy of our deep respect. I believe that losing his freedom while incarcerated has given Gregory a greater appreciation for the special rights and privileges we enjoy as Americans. Over the years, Greg has learned the benefits of having a good moral character. He has learned to have respect for others who are less fortunate and he wants to make a positive contribution to society. He is respectful of the diversity we enjoy in our society as well as those whose racial, ethnic or religious background may be different from our own.

Greg and I enjoyed our best times when he played Little League baseball. A left-handed pitcher, Greg excelled in baseball and many who saw him play thought he had a possible future in the sport. He earned a position on the varsity baseball team as a 9th grader. After injuring his arm, his interests changed, but I will always be grateful that we spent a lot of time together during this phase of his youth. Many of his team mates lived in single – parent, female headed households. As coaches, we felt it important to contribute to serving at-risk youth, and to attempt to break the cycle of poverty, gang involvement and incarceration that inflicts our inner city communities. We have seen the statistics on the incarceration rate for young black and Latino males. As fathers in the league, we were determined to do something about it. We continually talked to these young men about personal responsibility, and how important it is to "always do the right thing".

During family vacations, Greg was fortunate to visit colleges throughout the country as he prepared for what we assumed would be a smooth transition from high school to college. As he matured, I began to lose influence with Greg as he looked to other sources for inspiration. But our relationship today is strong and he has been reading as though he were attending college. I still believe that he will obtain a degree, have a family, and become a contributing member of society.

In conclusion, I ask for your understanding, compassion and leniency as you consider the final details of his sentencing.

Sincerely,

*Rodney Patterson*

Rodney Patterson

Attorney McKesson,                    Jan. 5, 2006

RECEIVED
JAN 1 3 2006
BY:

On my last visit with my brother, Greg, I was inspired. This occassion was unlike any other visit with him that I've experienced. On this day, a week or so ago, Greg spoke to me about volunteerism and helping the less fortunate in the world. He reminded me that we live in a wealthy country. This is all the more reason to give of ourselves and lend a hand to help. He asked me if I planned to serve food at a soup kitchen over the holidays. I did not plan to, but his encouragement made me want to change my plans. He also spoke to me about my future plans and how volunteering with organizations, such as the Peace Corps, would benefit me. I plan to start small by getting involved with charitable clubs at my school (Hampton Univ.) I promised him that I would consider his suggestions and that is what I plan to do.

                              -Alaina Patterson

**M. Mokiso Murrillo, M.D.**
Pediatric
4560 North Blvd., Ste 114    Baton Rouge, LA. 70806
Telephone: (225) 928-0695   Fax: (225) 928-3662

May 6, 2008

To Whom It May Concern:

Re:  Gregory Patterson

I have been asked to forward a letter of support for Greg. I do so, saddened by his predicament, but willingly, as I have known him since his birth and his mother and her family for over 37 years.

When first informed of Greg's arrest and formal charges, I was shocked to the point of being speechless. I subsequently realized his was a story I'd heard countless times in my work as a pediatrician and serving as the physician for the Juvenile Detention Center of East Baton Rouge. A smart, well-raised man-child trying to navigate his way into adulthood who makes a serious error of judgment. Unlike many of my patients at J.D.C., no one was injured due to Greg's transgressions and I know he is profoundly remorseful for both the crimes and heartbreak he has put all who love him and support him through these last two plus years. I count myself among that number.

I was blessed with the opportunity to see Greg at the federal facility in Santa Ana on 01/28/07. The visit cleared any reservations I might have considered regarding his feelings about his situation. He cannot go unpunished for the crimes he admits to being a part to, but he is not a terrorist and he does have an opportunity to make up for his mistakes and have a productive life. This is a case where tempering justice with mercy is not only called for, but also just makes plain good sense.

I appreciate the opportunity to address the court on Greg's behalf and I thank you in advance for your patience and judgment in this case.

Sincerely,

M. Mokiso Murrill, M.D.

Re: Gregory Patterson

5/8/09

To Whom It May Concern,

I would like to begin this letter by saying what I suspect many have also come to learn about Gregory Patterson—that he is a deeply sensitive and highly intelligent young man. But I had not realized until recently his enormous thirst for knowledge, his ability to read deeply and widely on many subjects, and his serious, focused manner-qualities I had not detected in him before. The level of our conversations, during each of my visits with him, underscore these as genuine traits.

I am a professor, it is my job to educate and encourage others. I work with many non-traditional, at-risk students. Over the years I have come to appreciate the real struggles they overcome and the achievements they attain in spite of the many difficulties they encounter. Gregory is very much like some of my students, in that he has never blamed anyone else in his family for his past or current situation, nor is he self pitying. Rather he is determined to look forward, and has spoken to me often of the many ways he intends to make positive contributions to society- through a solid career, raising a family, and mentoring others. He has displayed incredible strength and humbleness in light of his circumstances.

I would like to conclude with a confession. This letter was very difficult to write, because I knew I would have to honestly acknowledge my original feelings, as well as my current ones, about his situation. When I heard what had happened to Gregory, I had to overcome my own feelings of doubt and the initial urge to avoid visiting him-not out of shame, but fear that I might have lost someone I knew and loved, and that I might be staring at a stranger. Those feelings were unfounded. What I am now feeling is an enormous sense of pride in this young man and a great desire to be a part of his life and a real support for him in the future. I have always loved him- as someone should love a relative, that's the easy part-but I now also feel a profound respect for the person he has become.

Sincerely,

Martha S. Davis

Dear Greg peterson,

Hello there my big friend. How are you Doing. Do you have bothers? What Sport Do you like to play? What kind of food Do you like to eat? Do you like to play music? What are your parent's name? Me and my classmates are sad becosee you are in Jail. If you one day come oct of Jail you will be welcome to are class. What carttoons you like to see? Greg Do not give up. And God will take care of you and your problems. why Did you hang out with rog people. Do you like school? Do you like to read. or Do you Just like to see pirecs. Do you like to play bidss.

Sineerely,
Berenice Aleman
your young friend.



Greg  Feliz cumpleaños  Feliz cumple Años

Hola amigo Greg Feliz cumpleaños la maestra nos dijo que estas en la carsel pero no mi inporta tucarta la tengo anQue no teconosca dentro de mi corazon yo creo que somos unos amigos de verdad itedigo Que ami tambien me gusta comer burritos pollo hamburgesa sabes que tucarta le tengo en un cuadro oritaria pero la voy aser usando o ite digo Que mi hermana stephanie le gusta senisienta ella tambien quiere ser tu amiga Feliz cumpleaños amigo Greg

yo Kari     tu amigo     Feliz Cumple-Años.

Translating:

Greg happy birthday.

Hello Greg. Happy birthday. The teacher told us that you are in jail but I don't care about that. Even though I do not know you, inside my heart I believe we are real friends. I want to tell you I also like to eat burritos, chicken and hamburger. I am going to put your letter in a frame, but I am not going to do that right now. I am going to do that on Saturday. My sister Stephanie like Cinderella. She also want to be your friend. Happy birthday my friend Greg.

From Kari

Dear Yonatan Perez,

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. Yonatan I need to let you know that learning about doctors (medicine) and history is a very good thing to do. When you are bored learning is a wonderful way to entertain yourself. Encourage your family to take you to the library. As far as me I get to see my family every week. The officers at the jail feed us three times a day. We eat chicken, hamburgers, tacos, fish, and pasta. I do not fight in jail because I prefer to be friendly. I made the wrong choice, in my life to hang around dangerous people. Remember to pick good friends. Yes, one day I will get out of jail. Thank you for writing to me and be good.

Sincerely,
GREG PATTERSON

Dear Sandra Felix,

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. Continue to practice on your skills in basketball and have fun making friends. Math is a hard subject but that is great you enjoy it. Maybe you will become an engineer or a scientist. Thank you for writing me and be good.

Sincerely,
Greg Patterson

P.S. I am being good in jail!
Thank you! :)

Dear Reyes,

    Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. Yes I can see television and I like to watch programs on animals. My favorite television show is "the Bernie Mac show." My favorites foods are burritos, fish, hamburgers, and lasagna. Thank you for writing to me and be good.

                    Sincerely,

                        GREG PATTERSON

Dear Paola Podilla,

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. That is wonderful that you like to travel at such a young age. I too love to travel and visit new places. Yes, I watch television my favorite show to watch is animal adventure programs. Yes, I play football, basketball, and baseball. Here at the jail we eat three times a day. I am 22 years old. Yes, I do not like being here but fortunately I won't be here forever. Everyday I read, exercise, watch television, sleep, and think about my future. No, I do not fight with other people because I am friendly. I put my problems in the hands of God and my faith in God is my solution. I get along with many people here ~~but~~ but it is hard to trust anyone. Thank you for writing to me and be good.

Sincerely,
GREG PATTERSON

Dear Juan Morales,

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. One of my favorite games in school was kickball. Math is a very hard subject. The world really needs minds like you and your classmates. Yes, I can watch television. We eat hamburgers, chicken, pasta, fish, and hotdogs. I am 22 years old. No, it is not fun at jail but fortunately I will not be here forever. I will like to visit your class as soon as possible. I do not think it will be 2006 or 2007, but I will let Mrs. Williams know. Thank you for writing me and be good.

Sincerely,
GREG PATTERSON

Dear Luis E.

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. I am 22 years old. Yes, I love to read. As a matter of fact most of the day I sit and read different types of books. My favorite types of books are traveller and explorer books. That is wonderful that you enjoy writing. Maybe one day you can write your own book or magazine. What about a book on how to play soccer? My favorites sports are football and baseball. Thank you for writing to me and be good.

Sincerely,
GREG PATTERSON

Dear Eric Hernandez

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. I am 22 years old and my birthday is in February. My favorite sports are baseball and football. That is wonderful that you are a friendly person. Many people, I am sure, love that about you. It is great that you enjoy learning because that will make you very smart. Yes, I am able to see television and my friends come to see me often. Here we eat hamburgers, chicken, pasta, fish, and hot dogs. Thank you for writing to me and be good.

Sincerely,
GREG PATTERSON

Dear Giovanni Orea,

Hello there young friend. I am doing well. I want you to know that your letter put a smile on my face. I appreciate your encouragement and your concern to share your warm heart with me. I miss playing video games on my XBOX. Make sure you save some time to do your homework, video games are addictive. Here they feed us fish, tacos, pasta, chicken, and hamburgers. Throughout the day I read, watch television, sleep, and exercise. The only games for us to play here are handball and card games. Thank you for writing me and be good.

Sincerely,

GREG PATTERSON

# PROOF OF SERVICE (1013A C.C.P.)

COUNTY OF LOS ANGELES )
) ss.
STATE OF CALIFORNIA )

I, Cathryn J. Collins, do hereby declare and state:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is *315 South Beverly Drive, Suite 305, Beverly Hills, California 90212.*

On *May 9, 2008*, I served the foregoing documents described as: **DEFENDANT'S POSITION PAPER REGARDING SENTENCING** on interested parties through their attorneys of record by placing true and correct copies in this action by serving as designated below:

☒ **BY FIRST CLASS MAIL** (C.C.P. §§ 1013(a), et seq.): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with United States postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed [ ] the original [ ] or a true copy thereof enclosed in a sealed envelope addressed as above and delivering such envelopes as follows:

***SEE ATTACHED SERVICE LIST***

☐ **BY OVERNIGHT OR EXPRESS MAIL SERVICE** (C.C.P.§§ 1013 (c)(d) et seq.): The above-described document(s) will be deposited with an express overnight service carrier in a sealed envelope.

☒ **BY FIRST CLASS MAIL** (C.C.P. §§ 1013 (c)(d) et seq., et seq.) - The above-described document(s) was said to be deposited with the United States Mail, postage prepaid, return receipt requested, signed by addressee that said document(s) were received..

☐ **BY HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1011, et seq.) I delivered such envelope by and to the addressee's.

☒ **BY FACSIMILE TRANSMISSION** (C.C.P.§§ 1012.5, et seq.) - I caused said document(s) to be telecopied to each addressee's facsimile number.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☒ Executed on *May 9, 2008*, Beverly Hills, California 90212- 4309.

CATHRYN J. COLLINS
LEGAL ASSISTANT                          *Signature*

-11-

DEFENDANT'S POSITION PAPER REGARDING SENTENCING

## MAILING AND SERVICE LIST

### UNITED STATES -vs *GREGORY PATTERSON*

### CASE NO. CR- 00214

| | |
|---|---|
| Gregory W. Staples, A.U.S.A.<br>United States Attorney's Office<br>411 W. Fourth Street, Suite 80000<br>Santa Ana, California 92701<br>Telephone:   714.338.3535<br>Facsimile:    714.338.3564 | *Attorney for The United States* |